UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-64-T-17TGW

YOEL EMILIO BAEZ-HERNANDEZ

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY
ORDER OF FORFEITURE FOR DIRECT AND SUBSTITUTE ASSETS**

THIS CAUSE comes before the Court upon the United States' Motion for:

(1) A Preliminary Order of Forfeiture for J & E Adventure, Inc. d/b/a LeJune Liquors, including but not limited to:

   a. Equipment and inventory; and

   b. Liquor License Number BEV2300101;

(2) A Forfeiture Money Judgment in the amount of $730,000.00;

(3) A Preliminary Order of Forfeiture for the following substitute assets in partial satisfaction of the defendant's $730,000.00 forfeiture money judgment:

   a. A 2001 Pleasure Outboard Fiberglass Vessel, Hull Number: CBA040WW101, Registration Number: FL1869PM with a homemade private trailer, Vehicle Identification Number: NOVIN0200993751, Florida Tag No. 113YDQ, both registered in the name of LeJune Liquors; and

   b. A 2006 BMW, white, Vehicle Identification Number: WBANE53536CK90380, Florida Tag No. 420XDJ, registered to LeJune Liquors.

A jury has already unanimously found that J & E Adventure, Inc. d/b/a

LeJune Liquors, identified above, is property directly traceable to the proceeds of

the conspiracy for which he was found guilty.

The Court finds that that the conspiracy for which the defendant was found guilty generated proceeds of $730,000.00.

The Court further finds that the United States is entitled to forfeit the substitute assets identified above, in partial satisfaction of the defendant's Forfeiture Money Judgment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. § 982(a)(6), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, J & E Adventure, Inc. d/b/a LeJune Liquors, identified above, is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. § 982(a)(6), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the defendant shall be held liable for a forfeiture money judgment in the amount of $730,000.00. The defendant will be held jointly and severally liable for the full amount of the $730,000.00 money judgment with co-defendants Jasmine Santos-Martinez,

Carlos Velazquez-Roman, Edel Mesa-Hernandez, and with co-defendant Mario Emilio Tamayo-Mejias for up to $50,000.00.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(e)(1)(B), the substitute assets, identified above, are hereby forfeited to the United States for disposition according to law, in partial satisfaction of the defendant's $730,000.00 forfeiture money judgment. The net proceeds from the substitute assets will go toward satisfaction of the defendant's Forfeiture Money Judgment.

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this ___1st___ day of ___AUGUST___, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record

3