UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-64-T-17TGW

YOEL EMILIO BAEZ-HERNANDEZ

## AMENDED FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for an Amended Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for Liquor License Number BEV2300101.

On August 1, 2014, the Court entered a Preliminary Order of Forfeiture for the Liquor License. Doc. 262.

The Court finds that in accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from August 12, 2014 through September 10, 2014. Doc. 339. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, in accord with the requirements of 21 U.S.C. § 853(n), the United States sent notices of this forfeiture action, via United States

certified and first class mail to Yasmina Santos, Yeleinys Morejon Santos, Yoanri Baez Hernandez, Emilio Baez, J & E Adventure, Inc., LeJune Liquors, Premier Beverage Company, and Consolidated Wine. In addition, as reflected in the Settlement Agreement, Vincente Cruz and Ursula Cruz had notice of the forfeiture proceeding. The aforementioned are the only known parties or entities with an alleged legal interest in the assets. No person or entity, other than the defendant (whose interest in the assets was forfeited to the United States in the Preliminary Order of Forfeiture), Yeleinys Morejon Santos, J & E Adventure, Inc., LeJune Liquors, Premier Beverage Company, and Consolidated Wine (who did not file a claim), Emilo Baez (whose claim was denied), Yasmina Santos and Yoanri Baez Hernandez (who have no legal interest), and Vincente Cruz and Ursula Cruz (whose claim was recognized and settled) are known to have an interest in the assets. No other third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired.

The Court further finds that Vincente Cruz and Ursula Cruz have purchased the United States' interest in the Liquor License.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7), 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(c)(2), all right,

2

CASE NO. 9:14-CR-64-T-17TGW

title and interest in the Liquor License Number BEV2300101 (other than Vincente Cruz and Ursula Cruz' interest) is CONDEMNED and FORFEITED to the United States for disposition according to law.

Pursuant to the Settlement Agreement and purchase of the United States' interest in the Liquor License by Vincente Cruz and Ursula Cruz, title to the Liquor License is now vested in Vincente Cruz and Ursula Cruz.

DONE and ORDERED in Tampa, Florida, this 20th day of April, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record

3