UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:14-CR-64-T-17TGW

YOEL EMILIO BAEZ-HERNANDEZ.

_____/

ORDER

This cause is before the Court sua sponte. The Eleventh Circuit Court of Appeals has entered its mandate reversing and remanding this case for a new trial. (Dkt. 491). A status conference is scheduled on Friday, August 5, 2016 at 1:30 p.m. Defendant Yoel Emilio Baez-Hernandez, Reg. No. 02203-104, is in custody at McRae Correctional Institution, 112 Jim Hammock Dr., McRae, GA, 31055. The Court directs the U.S. Marshal to transport Defendant Baez-Hernandez to Florida on Thursday, August 4, 2016 so that Defendant's counsel can confer with Defendant Baez-Hernandez prior to the status conference on August 5, 2016. Accordingly, it is

**ORDERED** that the U.S. Marshal **shall transport** Defendant Yoel Emilio Baez-Hernandez to Florida on Thursday, August 4, 2016.

8:14-CR-64-T-17TGW

    **DONE and ORDERED** in Chambers in Tampa, Florida on this 26th day of July, 2016.

                                    ELIZABETH A. KOVACHEVICH
                                    United States District Judge

Copies to:
All parties and counsel of record
U.S. Marshal