UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.            Case No. 8:14-cr-64-T-17TGW

YOEL EMILIO BAEZ-HERNANDEZ

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY
ORDER OF FORFEITURE FOR DIRECT AND SUBSTITUTE ASSETS**

THIS CAUSE comes before the Court upon the United States' Motion (Doc. ) for:

(1) A Preliminary Order of Forfeiture for J & E Adventure, Inc. d/b/a LeJune Liquors, including but not limited to the company's equipment, inventory, and liquor license (Number BEV2300101);

(2) A Forfeiture Money Judgment in the amount of $730,000.00;

(3) A Preliminary Order of Forfeiture for the following substitute assets in partial satisfaction of the defendant's $730,000.00 forfeiture money judgment:

  a. A 2001 Pleasure Outboard Fiberglass Vessel, Hull Number: CBA040WW101, Registration Number: FL1869PM, registered to LeJune Liquors;

  b. A homemade private trailer, Vehicle Identification Number: NOVIN0200993751, Florida Tag No. 113YDQ, registered to LeJune Liquors; and

  c. A 2006 BMW, white, Vehicle Identification Number: WBANE53536CK90380, Florida Tag No. 420XDJ, registered to LeJune Liquors.

Being fully advised of the relevant facts, the Court finds that the J & E Adventure, Inc. d/b/a LeJune Liquors, is property directly traceable to proceeds of the conspiracy to which the defendant pled guilty.

The Court finds that that the conspiracy to which the defendant pled guilty generated proceeds of $730,000.00.

The Court further finds that the United States is entitled to forfeit the substitute assets identified above, in partial satisfaction of the defendant's Forfeiture Money Judgment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. § 982(a)(6), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, J & E Adventure, Inc. d/b/a LeJune Liquors, is forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. § 982(a)(6), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the defendant is liable for a forfeiture money judgment in the amount of $730,000.00. The defendant is jointly and severally liable for the money judgment with co-defendants Jasmine Santos-Martinez, Carlos Velazquez-Roman, Edel Mesa-Hernandez, and with co-defendant Mario Emilio Tamayo-Mejias for up to $50,000.00.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(e)(1)(B), the substitute assets, identified above, are forfeited to the United States for disposition according

2

CASE NO. 8:14-CR-64-T-17TGW

to law, in partial satisfaction of the defendant's $730,000.00 forfeiture money judgment. The net proceeds from the substitute assets will go toward satisfaction of the defendant's Forfeiture Money Judgment.

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this _____ day of September, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record

3