UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:14-cr-64-T-17TGW

YOEL EMILIO BAEZ-HERNANDEZ

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion

for:

(1)     A Final Judgment of Forfeiture for J & E Adventure,
        Inc. d/b/a LeJune Liquors, including but not limited to the
        company's equipment, inventory, and liquor license
        (Number BEV2300101);

(2)     A Final Judgment of Forfeiture for the following substitute
        assets in partial satisfaction of the defendant's $730,000.00
        forfeiture money judgment:

    a.      A 2001 Pleasure Outboard Fiberglass Vessel, Hull
            Number: CBA040WW101, Registration Number:
            FL1869PM, registered to LeJune Liquors;

    b.      A homemade private trailer, Vehicle Identification
            Number: NOVIN0200993751, Florida Tag No.
            113YDQ, registered to LeJune Liquors; and

    c.      A 2006 BMW, white, Vehicle Identification
            Number: WBANE53536CK90380, Florida Tag No.
            420XDJ, registered to LeJune Liquors.

On September 9, 2016, the Court entered a $730,000.00 Forfeiture

Money Judgment and a Preliminary Order of Forfeiture for the

above-described property.   Doc. 524.

The Court finds that in accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from August 12, 2014 through September 10, 2014.   Doc. 339.   The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, in accordance with the requirements of 21 U.S.C. § 853(n) and due process, the United States properly noticed the only known individuals or entities with an alleged legal interest in the assets.   No person or entity, other than the defendant (whose interest in the assets was forfeited to the United States in the Preliminary Order of Forfeiture), Yeleinys Morejon Santos, J & E Adventure, Inc., LeJune Liquors, Premier Beverage Company, Consolidated Wine and Spirits (none of whom filed a claim), Emilo Baez (whose claim was denied. Doc. 450), and Vincente Cruz and Ursula Cruz (whose claim was settled, Doc. 486).   No other third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired.

CASE NO. 8:14-CR-64-T-17TGW

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7), 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 9th day of December, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

3