UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO. 8:14-CR-64-T-17TGW

YOEL BAEZ HERNANDEZ.

_____/

ORDER

This cause is before the Court on:

Dkt. 552     Unopposed Motion for Early Termination
             of Supervised Release

Defendant Yoel Baez Hernandez requests early termination of
supervised release.

After entering a guilty plea to Count One of the Superseding Indictment,
Defendant Yoel Baez Hernandez was sentenced on September 9, 2016 to
time served, a 36-month term of supervised release, fine waived, and
a special assessment fee of $100.00.  (Dkt. 527).

Defendant Hernandez' term of supervised release is scheduled to
terminate in July, 2019.

The Government does not object to Defendant Hernandez' request for
early termination, nor does Defendant's supervising officer, Maylene Davis.

Defendant Hernandez has served more than half of Defendant's term of
supervised release, has complied with all conditions of supervision, and has remained

Case No. 8:14-CR-64-T-17TGW

gainfully employed since release.

Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(b), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) and determine that termination of supervised release is warranted and is in the interest of justice. The Unopposed Motion for Early Termination of Supervised Release is granted. Accordingly, it is

**ORDERED** that Defendant Yoel Baez Hernandez' Unopposed Motion for Early Termination of Supervised Release (Dkt. 552) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 29th day of August, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

All Parties and Counsel of Record
United States Probation Office

2